IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ANATOLIY LOBOV, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 5:21cv00041 |
| KROGER LIMITED PARTNERSHIP I, | ) FIRST AMENDED COMPLAINT |
| and | ) |
| WATERSTATION TECHNOLOGIES, LLC | ) |
| Defendants. | ) |

## FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Anatoliy Lobov ("Lobov"), by counsel, and moves this Court for judgment against the Defendants Kroger Limited Partnership I ("Kroger") and Waterstation Technologies, LLC ("WST"), and in support thereof states as follows:

1. On July 28, 2020, Lobov was a business invitee of the Kroger grocery store located at 850 Statler Blvd in Staunton, Virginia (the "Store"); The Store is owned, operated, and managed by Kroger Limited Partnership I.

2. While shopping at the store, Lobov used a water refill station ("Water Station") for its intended purpose and in the intended manner, and sustained personal injuries as a result.

3. Kroger created an unreasonably dangerous and unsafe condition on its premises and failed to warn Lobov of this dangerous condition.

4. At all times relevant herein, Plaintiff exercised due care for his own safety, and

he did not contribute to, nor assume the risk of, his injuries.

5. WST owned, operated and maintained the Water Station.

6. Kroger had a duty of care to maintain the premises in a reasonably safe condition for public use, such that invitees might use the premises and the Water Stations on the premises in an ordinary and reasonable way without danger; to make reasonable inspections to determine whether the Water Station was unreasonably dangerous, and to warn the public of any dangerous condition, and to correct any dangerous condition known to it, its agents and/or its employees.

7. WST had a duty to provide and maintain a Water Station that was safe for its intended use, and not unreasonably dangerous for its intended use.

8. Notwithstanding said duties, Kroger, through its agents and employees negligently created a dangerous condition and allowed the Water Station to remain in such dangerous condition when they knew, or should have known of the condition. The dangerous condition was not readily discernible to the public and Defendant failed to warn of the existence of such dangerous condition.

9. Notwithstanding its duties, WST failed to maintain the Water Station in such a manner as to make it unduly dangerous for its intended purpose.

10. As a direct and proximate result of Defendants' negligence, Lobov sustained serious and permanent injuries, has suffered great pain of body and mind and loss of enjoyment of life, and has incurred hospital, doctors' and related bills in an effort to be cured of said injuries.

WHEREFORE, plaintiff Lobov demands:

1. Judgment against Defendants Kroger and WST, jointly and severally, in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) in compensatory damages;

2. Plaintiff's costs expended herein and interest on any judgment from July 28, 2020;

3. Trial by jury.

ANATOLIY LOBOV
By Counsel

By: _____
Alvaro A. Inigo, Esquire
VSB #: 38663
RITCHIE LAW FIRM, P.L.C.
17 Imperial Drive, Suite 101
Staunton, VA 24401
Tel: (540) 886-6124
Fax: (540) 886-4459
E-mail: ainigo@ritchilawfirm.com
Counsel for Plaintiff